# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Kirby Spencer )
)
)
Plaintiff(s), )
)
v. )  Case No.: 2:17-cv-2477-APG-NJK
)
Praxis Financial Solutions, Inc. )
)  **DEFAULT**
)
Defendant(s). )
)

It appearing from the records in the above-entitled action that Summons issued on the __Original__ Complaint __September 22, 2017__
(Original, Amended, etc)                              (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants Praxis Financial Solutions, Inc.

in the above-entitled action is hereby entered.

DEBRA K. KEMPI
CLERK
*Debra K. Kempi* (signature)
(By) DEPUTY CLERK

December 18, 2017
DATE