# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KIRBY SPENCER,

    Plaintiff(s),

v.

PRAXIS FINANCIAL SOLUTIONS, INC.,

    Defendant(s).

Case No.: 2:17-cv-02477-APG-NJK

**ORDER**

On December 18, 2017, Plaintiff obtained default against Defendant. Docket No. 8. No action has been taken since that time to advance this litigation. Accordingly, Plaintiff shall file, no later than July 3, 2018, either a status report or a motion for default judgment.

IT IS SO ORDERED.

Dated: June 21, 2018

                                                      _____
                                                      Nancy J. Koppe
                                                      United States Magistrate Judge