# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Kirby Spencer

                    Plaintiff,

v.

Praxis Financial Solutions, Incorporated, A Foreign Corporation

                    Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02477-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff against defendant in the amount of $4,955.00.

August 23, 2018
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk